UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon O. Murphy, et al., | No. 2:20-cv-01456-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Farmers Insurance Company, | |
| Defendant. | |

This action was dismissed more than two years ago for lack of prosecution. *See* F&Rs, ECF No. 4, *adopted*, ECF No. 5. Plaintiff recently filed a memorandum with a request for a hearing. ECF No. 7. The court construes the memorandum as a motion for relief from the judgment under Rule 60(b). Because plaintiff's motion was filed more than one year after the entry of judgment, relief is available only if "the judgment is void"; "the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable"; or "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(4)–(6). Plaintiff has not shown relief should be available for any of these reasons. The filing at ECF No. 7, construed as a motion for relief from the judgment, is **denied**.

IT IS SO ORDERED.

DATED: August 16, 2023.

CHIEF UNITED STATES DISTRICT JUDGE